# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2199
Lower Tribunal No. F14-769
_____

**Dane Green,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Leonard Feuer, P.A., and Leonard S. Feuer (West Palm Beach), for appellant.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.